UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A. ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-02353-SVK<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 2, 6 |

Plaintiff has filed an application to proceed in forma pauperis. ECF 2 ("IFP Application"). Pursuant to 28 U.S.C. § 1915(a)(1), a district court may authorize the commencement of a civil action in forma pauperis if it is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. On May 7, 2019, the Court issued an order denying Plaintiff's IFP application after finding that Plaintiff does not qualify for IFP status. ECF 6. The Court provided Plaintiff until May 21, 2019, to respond by submitting a supplemental declaration regarding the amount of disposable income that is available to Plaintiff. That deadline has passed, and Plaintiff has not filed a supplemental declaration.

////

////

////

////

////

////

////

Accordingly, the Court **DENIES** Plaintiff's IFP application. Plaintiff must pay the $400 filing fee no later than 30 days from the date of this Order. Failure to pay the filing fee within 30 days will result in this Court entering an order that this case be reassigned to a District Judge along with a Report and Recommendation that the District Judge dismiss this action with prejudice.

**SO ORDERED.**

Dated: May 30, 2019

SUSAN VAN KEULEN
United States Magistrate Judge