UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-02353-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's February 21, 2020 order granting Plaintiff Lee A. Ross' motion for summary judgment, denying the Commissioner's cross-motion for summary judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: February 21, 2020

SUSAN VAN KEULEN
United States Magistrate Judge